# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 6833 | **DATE** | 8/22/2011 |
| **CASE TITLE** | Dan Neil, et al vs. Samuel Zell, et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to set date for preliminary approval hearing [443] granted. The parties' proposed schedule is entered as follows: Plaintiffs to file motion and memorandum in support of preliminary approval by 9/15/2011; Defendants to file memoranda in support of preliminary approval by 9/15/2011. Hearing for Plaintiffs' motion for preliminary approval of class settlement set for 9/22/2011 at 10:00 AM. Status hearing set for 9/7/2011 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|