UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAN NEIL, *et al.*, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>  vs.<br><br>SAMUEL ZELL, *et al.*,<br><br>          Defendants. | Case No. 08-cv-06833<br><br>Hon. Rebecca R. Pallmeyer |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, on their own behalf and on behalf of the class they represent, by their attorneys, hereby move the Court to (a) preliminarily approve the Settlement, including the Plan of Allocation of the Net Settlement Amount set forth in Section 6.2 of the Settlement Agreement; (b) establish the Settlement Account as an account intended to qualify as a qualified settlement fund pursuant to section 468B of the Internal Revenue Code and applicable Treasury regulations and provide that the District Court shall have continuing jurisdiction over the Settlement Account; (c) provide for notice to all members of the Class through first class mail, postage prepaid (the "Class Notice"); (d) find that the Class Notice fairly and adequately: (i) describes generally the terms and binding effect of the Settlement and this Settlement Agreement and explains the Plan of Allocation, (ii) gives notice of the time and place of the Final Approval and Fairness Hearing, (iii) describes how an Objection may be made to entry of the Final Approval Order and the deadline for the filing of such Objection, (iv) describes how Class Counsel will apply to the District Court for an award of attorneys' fees and costs and the deadline for the filing of such application, and (v) describes how the Named Plaintiffs will apply to the District

1

Court for Class Representative Enhancement Payments and the deadline for the filing of such application; (e) find that service of the Class Notice via first class mail, postage prepaid, at the current or last known address provided by Tribune is the best practicable methods of transmitting the Class Notice; and (f) confirm that Class Members do not have the right to opt out of the Settlement.

In support of this motion, Plaintiffs concurrently submit (a) a memorandum of law, (b) the Declaration of Daniel Feinberg in Support of Plaintiffs' Motion and exhibits thereto, and (c) a proposed Preliminary Approval Order, attached hereto as Exhibit A.

WHEREFORE, Plaintiffs respectfully request that the Court grant the Preliminary Approval Order.

Dated: October 20, 2011　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Michael M. Mulder
　　　　　　　　　　　　　　　　　　　　*One of the Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　**MEITES, MULDER & GLINK**
　　　　　　　　　　　　　　　　　　　　THOMAS R. MEITES
　　　　　　　　　　　　　　　　　　　　MICHAEL M. MULDER
　　　　　　　　　　　　　　　　　　　　321 South Plymouth Court, Suite 1250
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　　　Tel: (312) 263-0272

　　　　　　　　　　　　　　　　　　　　**LEWIS, FEINBERG, LEE, RENAKER & JACKSON, PC**
　　　　　　　　　　　　　　　　　　　　DANIEL FEINBERG
　　　　　　　　　　　　　　　　　　　　TODD JACKSON
　　　　　　　　　　　　　　　　　　　　NINA WASOW
　　　　　　　　　　　　　　　　　　　　ANGELICA K. JONGCO
　　　　　　　　　　　　　　　　　　　　476 9th Street
　　　　　　　　　　　　　　　　　　　　Oakland, CA 94607
　　　　　　　　　　　　　　　　　　　　Tel: (510) 839-6824

　　　　　　　　　　　　　　　　　　　　**COTCHETT, PITRE & McCARTHY**
　　　　　　　　　　　　　　　　　　　　JOSEPH W. COTCHETT
　　　　　　　　　　　　　　　　　　　　PHILIP L. GREGORY
　　　　　　　　　　　　　　　　　　　　840 Malcolm Road, Suite 200

Burlingame, CA 94010
Tel: (650) 697-0577

## CERTIFICATE OF SERVICE

   I, the undersigned, certify that on October 20, 2011, I caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** to be served via the ECF system on the following parties:

  **JENNER & BLOCK LLP**
  DAVID J. BRADFORD
  CRAIG C. MARTIN
  DOUGLAS ALLEN SONDGEROTH
  353 North Clark Street
  Chicago, IL 60654-3456

  **MORGAN LEWIS & BOCKIUS, LLP**
  CHARLES CLARK JACKSON
  GREGORY P ABRAMS
  JAMES E. BAYLES, JR.
  THEODORE MICHAELSON BECKER
  DEBORAH DAVIDSON
  77 West Wacker Drive
  5th Floor
  Chicago, IL 60601

                /s/ Nina Wasow