# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 6833 | **DATE** | 1/30/2012 |
| **CASE TITLE** | Dan Neil, et al vs. Samuel Zell, et al | | |

**DOCKET ENTRY TEXT**

Fairness Hearing held. Plaintiffs' motion for final approval of class action settlement [469] is granted. Plaintiffs' motion for award of attorneys' fees, costs, and incentive awards to named Plaintiffs [463] granted. The Court reserved exclusive and continuing jurisdiction over the class action, the Named Plaintiffs, The Class, and the Defendants for the purposes of supervising the implementation, enforcement, construction, and interpretation of the Settlement Agreement, the Preliminary Order, the distribution of Settlement Payments, and this Order. All claims in this action are hereby dismissed with prejudice. Enter Final Approval Order. The Court enters final judgment in this action, pursuant to Federal Rules of Civil Procedures 54 and 58. (For further detail see separate orders.)

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Mail AO 450 form.

00:09

| | Courtroom Deputy Initials: | ETV |
|---|---|---|