AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Dan Neil, et al

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 6833

Samuel Zell, et al

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' motion for final approval of class action settlement is granted.  All claims in this action are hereby dismissed with prejudice.  The Court enters final judgment in this action, pursuant to Federal Rules of Civil Procedures 54 and 58.

Thomas G. Bruton, Clerk of Court

Date: 1/30/2012

_____

/s/ Ena T. Ventura, Deputy Clerk